IN RE DAVIS

No. 72 PC.

Case below: 7 N.C. App. 697.

Petition for writ of *certiorari* to North Carolina Court of Appeals allowed 14 July 1970.

LASSITER v. JONES

No. 115 PC.

Case below: 8 N.C. App. 506.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 28 August 1970.

MILLIKAN v. HAMMOND

No. 125 PC.

Case below: 8 N.C. App. 429.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 28 August 1970.

MILLS, INC. v. FOUNDRY, INC.

No. 116 PC.

Case below: 8 N.C. App. 521.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 28 August 1970.

MULLEN v. SAWYER

No. 114 PC.

Case below: 8 N.C. App. 458.

Petition for writ of *certiorari* to North Carolina Court of Appeals allowed 1 September 1970.

PENCE v. PENCE

No. 123 PC.

Case below: 8 N.C. App. 484.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 28 August 1970.